IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KEVIN POTTER                                                                                          PLAINTIFF

v.                                      Civil No. 1:11-cv-01067

JERRY LANGLEY, *et al.*                                                                        DEFENDANT

REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

On March 6, 2012, Plaintiff was ordered to Show Cause why his action against Defendants should not be dismissed without prejudice for his failure to prosecute. ECF No. 16. Plaintiff was given fourteen (14) days to respond. *Id.* Plaintiff has not filed a response. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009), the Honorable Susan O. Hickey referred all pretrial matters to this Court for the purpose of making a report and recommendation. In accordance with that referral, this Court finds as follows:

**1. Background**:

Plaintiff, Kevin Potter, commenced this action against Defendants, on October 18, 2011. ECF No. 1. Plaintiff was denied authority to proceed *in forma pauperis* in this matter and is responsible for service of process on defendants. To date, there has been no showing that any Defendant have been properly served with the summons and complaint.

**2. Applicable Law:**

Pursuant to FED. R. CIV. P. 12(b)(5), a case may be dismissed for insufficient service of process. Before a federal court may exercise personal jurisdiction over a Defendant, the procedural requirement of service of summons must be satisfied. *Omni Captiol Int'l, v. Rudolf Wolff & Co.*, 484

U.S. 97, 104 (1987).

### 3. Discussion:

On October 18, 2011 Plaintiff filed his complaint. ECF No. 1. FED. R. CIV. P. 4(m) requires service of the summons and complaint upon a defendant within 120 days after the filing of the complaint. Plaintiff has failed to meet this requirement by failing to serve any Defendant with summons. Additionally, the Court notes the record contains no filing of proof of service as required by FED. R. CIV. P. 4(l).

Based on the forgoing, it is recommend Plaintiff's Complaint be dismissed based on FED. R. CIV. P. 12(b)(5) for insufficient service of process.

### 4. Conclusion:

Accordingly, this Court recommends Plaintiff's Complaint be dismissed based on FED. R. CIV. P. 12(b)(5) for insufficient service of process.

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.** *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).

**DATED** this **4th day of April, 2012.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE